## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| M.A. MORTENSON COMPANY, | Civil No. 10-2196 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| STEADFAST INSURANCE COMPANY, | **ORDER FOR DISMISSAL** |
| Defendant. | |

_____

Rikke Dierssen-Morice, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Peter Van Bergen, **COUSINEAU MCGUIRE CHARTERD**, 1550 Utica Avenue South, Suite 600, Minneapolis, MN 55416, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on July 19, 2010 [Docket No. 4].

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED, with PREJUDICE**, and on the merits, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 20, 2010
at Minneapolis, Minnesota.
                                                                                    s/ John R. Tunheim
                                                                                   JOHN R. TUNHEIM
                                                                United States District Judge